UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LATISHA DAISE,

    Plaintiff,

v.     Case No. 3:20-cv-908-BJD-PDB

E&J GALLO WINERY, INC., a
foreign profit corporation and
KATHARINE ELOISE MERCER,
an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice (Doc. 31; Motion) filed on October 25, 2021. In the Motion, the parties state that this case has been amicably settled and request that this case be dismissed with prejudice. See Motion at 1.

Accordingly, it is hereby

**ORDERED**:

1. The Stipulated Motion for Dismissal with Prejudice (Doc. 31) is **GRANTED.**

2. This case is **DISMISSED with prejudice.**

3. Each party shall bear its own costs and fees.

4.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 28th day of October, 2021.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record